IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DURAN,

    Plaintiff,

  v.

CELINE CERVANTES, et al.,

    Defendants.

No. 2:20-CV-0320-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request for class certification, ECF No. 8. Plaintiff's request is construed as a motion and, so construed, is denied. See Simon v. Hartford Life, Inc., 546 F.3d 661, 664 (9th Cir. 2008) (holding that non-attorney plaintiff may not pursue claim on behalf of others in a representative capacity).

IT IS SO ORDERED.

Dated: October 30, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE